**Arlene MILLER, Appellant**

**v.**

**MELLON LONG TERM DISABILITY PLAN and "John Doe", Global Head of Compensation and Benefits of the Bank of New York Mellon Corporation, in his or her official capacity as Plan Administrator of Mellon Long Term Disability Plan, "John Doe" being fictitious, the real name of said defendant being unknown to plaintiff, said fictitious name being intended to describe the unknown Global Head of Compensation and Benefits of the Bank of New York Mellon Corporation.**

No. 11–3833.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
L.A.R. 34.1(a) Sept. 14, 2012.

Sept. 17, 2012.

Before: SMITH and CHAGARES,
Circuit Judges, and ROSENTHAL,
District Judge.*

## JUDGMENT ORDER

MICHAEL A. CHAGARES, Circuit
Judge.

On September 15, 2011, the District
Court granted summary judgment in favor
of the defendants on all of Arlene Miller's
claims related to her attempt to seek long-
term disability benefits under her former
employer's disability insurance plan. We
have carefully considered the Magistrate
Judge's excellent opinion, which we believe
fully and accurately addresses the issues
raised by Miller and therefore requires no
further elucidation from this Court.

Accordingly, it is hereby ORDERED
and ADJUDGED by the Court that the
judgment of the District Court dated Sep-
tember 15, 2011, is hereby affirmed. All
of the above in accordance with the opinion
of this Court. No costs shall be taxed.

* The Honorable Lee H. Rosenthal, United
States District Judge for the Southern District